# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ROBERT M. BANCROFT,**<br><br>**Defendant.** | **6:19-po-05001-M-KLD**<br>**6:21-po-05017-M-KLD**<br><br><br>**ORDER SETTING SENTENCING** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that sentencing in the above-referenced cases is set for the __9th__ day of __December__, 2021, at __1:30 p.m__, at the Russell Smith Courthouse, 201 E. Broadway, Missoula, Montana.

Dated this __22nd__ day of __November__, 2021.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1